Horowicki v. Globe Mutual Life Ins. Co., 201 Ill. App. 551.

MR. JUSTICE TAYLOR delivered the opinion of the court.

## Abstract of the Decision.

CRIMINAL LAW, § 472*—*how defect in information must be taken advantage of.* Where the defendant in a prosecution for larceny was present in court, waived trial by jury, submitted to the jurisdiction of the court and made no objection to the form of the information charging her with the larceny of a certain number of dollars, lawful money of the United States, without more definitely describing it, *held* that in the absence of a motion to quash the information, as defective for uncertainty, a conviction must be sustained.

---

Sophie Horowicki, Defendant in Error, v. Globe Mutual Life Insurance Association, Plaintiff in Error.

Gen. No. 22,291.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. HARRY C. MORAN, Judge, presiding. Heard in this court at the March term, 1916. Reversed and remanded. Opinion filed October 30, 1916.

### Statement of the Case.

Action by Sophie Horowicki, plaintiff, against the Globe Mutual Life Insurance Association, defendant, in the Municipal Court of Chicago, to recover on a policy of insurance. To reverse a judgment for plaintiff, defendant prosecutes this writ of error.

M. H. HOEY, for plaintiff in error.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

Emory J. Smith and Clarence P. Smith, for defendant in error.

Mr. Presiding Justice McSurely delivered the opinion of the court.

## Abstract of the Decision.

Insurance, § 436—*when refusal to dismiss action prematurely brought is erroneous.* In an action on an insurance policy providing that no amount payable thereunder should be due until sixty days after proofs of death were furnished, it is error to deny a motion to dismiss where it appears that the action was commenced eighteen days after the date of death, and before any proofs of death had been furnished.

---

### John B. Smith, Administrator, Appellee, v. Peter Schoenhofen Brewing Company, Appellant.

### Gen. No. 22,311.    (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. Joseph H. Fitch, Judge, presiding. Heard in this court at the March term, 1916. Reversed with finding of fact. Opinion filed October 30, 1916.

### Statement of the Case.

Action by John B. Smith, administrator of the estate of Alfred Smith, deceased, plaintiff, against the Peter Schoenhofen Brewing Company, a corporation, defendant, in the Superior Court of Cook county, to recover for the death of plaintiff's intestate as a result of injuries sustained by being run over by a heavy truck belonging to defendant. From a judgment for plaintiff for $6,000, defendant appeals.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.